# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MOBILE INVESTORS, LLC, | § | |
| | § | No. 363, 2023 |
| Defendant-Below, | § | |
| Appellant, | § | |
| | § | Court Below: Court of Chancery of |
| v. | § | the State of Delaware |
| | § | |
| TYGON PEAK CAPITAL | § | C.A. No. 2019-0847 |
| MANAGEMENT, LLC (f.k.a. TIGER | § | |
| PEAK CAPITAL HOLDINGS, LLC), | § | |
| | § | |
| Plaintiff-Below, | § | |
| Appellee. | § | |

Submitted: March 27, 2024
Decided: April 3, 2024

Before **VALIHURA**, **LEGROW**, and **GRIFFITHS**, Justices.

## ORDER

This 4th day of April, 2024, after careful consideration of the parties' briefs and the record below, and following oral argument, we find it evident that the judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in the Memorandum Opinion dated January 4, 2022; the Order dated February 24, 2022 Granting in Part and Denying in Part Defendants' Motion to Dismiss the Verified Second Amended Complaint; the Letter Opinion dated July 31, 2023; and the Partial Final Judgment and Order Pursuant to Rule 54(b) dated August 31, 2023.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

/s/ Abigail M. LeGrow
Justice